UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Western Division

| | |
|---|---|
| SOUTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>HUNTINGTON GLAZING, INC., a California corporation,<br><br>Defendants. | CASE NO. 2:18-cv-05096-SVW-PLA<br><br>The Hon. Stephen V. Wilson<br><br>[PROPOSED]<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed without prejudice, each party to bear its own costs.

Dated: 1/9/18

THE HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE